THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 Frederick D.
 and Melissa D., Defendants,
 Of Whom Melissa
 D. is the Appellant.
 In The Interest
 of: F.D., Jr., T.D., F.D., A.D., M.D., M.B.D., and A.M.D., all minor children
 under the age of 18.
 
 
 

Appeal From Greenville County
Rochelle Y. Williamson, Family Court Judge

Unpublished Opinion No. 2009-UP-048
 Submitted January 2, 2009  Filed January
15, 2009    

AFFIRMED

 
 
 
 Maurice McNab, of Greenville, for Appellant.
 Deborah Murdock, of Mauldin, for Respondent.
 Rodney Wade Richey, of Greenville, for Guardian Ad Litem.
 
 
 

PER CURIAM: Melissa
 D. appeals from the family courts order
 terminating her parental rights to her minor children.  See S.C. Code Ann. § 20-7-1572 (Supp. 2007).[1] 
 Upon a thorough review of the record and the family courts findings of fact
 and conclusions of law, pursuant to Ex Parte Cauthen, 291 S.C. 465, 354
 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. 
 Accordingly, we affirm the family courts ruling.   
AFFIRMED.[2] 
WILLIAMS, PIEPER, and GEATHERS, JJ., concur.

[1] Effective June 16, 2008, the General Assembly amended
 the Code of Laws of South Carolina by adding Title 63, the South Carolina
 Childrens Code, and transferring all provisions of Title 20, Chapter 7 to
 Title 63.  See Act No. 361, 2008 S.C. Acts 3623 (stating the transfer
 and reorganization of the code provisions in this act are technical . . . and
 are not intended to be substantive).  Because Title 63 has not yet been bound,
all citations to the statute refer to Title 20.
[2] We decide this case without oral argument pursuant to
Rule 215, SCACR.